Ninth Circuit Docket No.  23-4378

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**NICHOLAS PHIPPS WHITE,**

*Plaintiff and Appellant,*

v.

**ANYWHERE REAL ESTATE, et al.,**

*Defendants and Appellees.*

On Appeal from the United States District Court
for the Central District of California
Hon. George H. Wu, USDC Case No. CV22-04557-GW-SK

**APPELLANT'S MOTION FOR A FINAL EXTENSION OF
TIME TO FILE APPELLANT'S OPENING BRIEF**

Frank A. Weiser, SBN 89780
LAW OFFICES OF FRANK A. WEISER
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA  90010
Telephone:   (213) 384-6964
Facsimile:   (213) 383-7368
E-mail:         maimons@aol.com

Attorneys for Plaintiff and Appellant
NICHOLAS PHIPPS WHITE

1

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Plaintiff and Appellant NICHOLAS PHIPPS WHITE ("Appellant") in the above referenced appeal, and I make this declaration in support of the instant motion for an extension of time to file the Appellant's Opening Brief ("AOB").

2. There has been one previous streamlined extension request and the AOB is due March 6, 2024.

3. I have had medical problems and family medical issues that has caused a serious backlog in my heavy trial and appellate calendar.

4. Because of the backlog in my work, I have had to file a motion requesting leave to file a late opening brief in this case, and that the Court granted on March 23, 2023 (Ninth Circuit Docket No. 15); and a motion for an extension of time to file a petition for rehearing and petition for rehearing en banc ("Motion") in a civil rights case entitled <u>Akshar Global Investments Corp., et al. v City of Los Angeles</u>, Ninth Circuit Docket No. 22-55394, and that the Ninth Circuit granted on April 12, 2023 (Ninth Circuit Docket No. 33).

5. In addition, I personally have also had medical issues over the last six months.

6. I was diagnosed with Crohn's disease in 1976, and on December 12, 2009, I was hospitalized in Cedars-Sinai Medical Center as I nearly passed away because my colon burst due to toxic megacolon as a result of the disease.

7. I have been wearing an ostomy bag since such time, and recently I have had medical difficulties with the device that has further impeded my work schedule and contributed to my backlog.

8. On August 31, 2023, I was driving to the San Bernardino Superior Court to file an opposition to a motion in a case entitled <u>Maria Plancarte v Rodolpho Cupa, et al</u>., Case No. CIVSB2113578.

9. I was quite ill that day from a stomach issue and when I exited The 215 Freeway in San Bernardino at approximately 3:40 p.m., I nearly fainted as I was feeling very weak and dehydrated.

10. Then after the August 31, 2023 incident, my back gave out and this caused a further backlog.

11. In addition to the above, I contracted Covid along with my wife and daughter and my wife and I exhibited symptoms on the weekend of December 15, 2023 which required a doctor from the medical offices of Dr. Michael

Farzam, (310) 849-7991 to make a house call at our home to test my family and prescribe Paxlovid as treatment for our condition there were additional medical issues that arose with respect to my daughter and my wife.

    11.  My daughter suffers from a very serious cases of obsessive-compulsive disorder ("OCD"), and after contracting Covid began to believe that there were additional medical issues that arose, requiring my having to take her to see a hematologist specialist in Beverly Hills, CA on February 15, 2024 by the name of Dr. Solomon Hamburg, (310) 570-1467, to assure her that her fears that she had developed a pulmonary embolism from the Covid was not the case.

    12.  My wife suffers from IBS, and she recently had over the last month an exacerbation of the condition, requiring my having to take her on February 12, 2024 to see our gastroenterologist by the name of Dr. Jeffrey Sherman, (424) 206-5001, because of her gastrointestinal issues, and because of my medical issues.

    13.  My wife had to undergo a series of medical tests after seeing Dr. Sherman.

    14. Dr. Sherman and his father Dr. James Sherman have been my doctors regarding the Crohn's Disease and the ostomy device since 1976.

15. I am a sole practitioner, and because of my backlog, which was exacerbated by contracting Covid and my other family medical issues, I have been unable to complete the AOB to date.

16. I believe that I have done good work in this Court and I have multiple published work in the Ninth Circuit, and a published case in primarily in representing Asian-Indian motel owners in California in the federal civil rights area.

17. Some of my published cases in the Ninth Circuit are <u>City of Angeles v Patel</u>, 576 U.S. 409 (2015), a federal civil rights case in which I was lead counsel and in which the United States Supreme Court affirmed in a 5-4 decision the Ninth Circuit's en banc decision in <u>Patel v City of Los Angeles</u>, 738 F.3d 1058 (9th Cir. 2013) (en banc), facially invalidating on Fourth Amendment grounds a motel search ordinance that authorized the LAPD to search motel registers on demand without consent or a warrant; <u>Herrera v City of Palmdale</u>, 918 F.3d 1037 (9th Cir. 2019) (Ninth Circuit reversing judgment on Fourth Amendment claim as an exception to the <u>Younger</u> abstention doctrine); <u>Patel v City of Montclair</u>, 798 F.3d 895 (9th Cir. 2015) (Ninth Circuit affirming judgment that common public areas of a

motel such as the parking lot are not protected under the Fourth Amendment under the recently revived common law trespassory test but affirming that the locked areas are protected under the privacy test); Patel v City San Bernardino, 310 F.3d 1134 (9th Cir. 2002) (Ninth Circuit reversing a dismissal of a federal civil rights case under the Tax Injunction Act on behalf of a group of motel owners); Patel v Penman, 103 F.3d 868 (9th Cir. 1996) (reversal of jury verdict on a federal civil rights case); Hotop v City of San Jose, 982 F.3d 710 (9th Cir. 2020), and Patel v City of Los Angeles, 72 F.4th 1103 (9th Cir. 2023).

18. On February 6, 2024, at approximately 9:58 p.m., I e-mailed Macey A. Chan, Esq., counsel for the Defendant and Appellee Anywhere Real Estate Inc.; Jan T. Chilton, Esq. and Elizabeth Courtney Farell, Esq., counsel for the Defendant and Appellee Bank of America Corporation; and James D. Hepworth, Esq., counsel for the Defendant and Appellee Fidelity National Financial, Inc., informing them that I was going to be filing this motion and I requested that they respond as to their respective positions on the matter.

19. I expect to hear back from the Appellees' counsel tomorrow and I will inform the Court of their positions on the motion when counsel respond.
.

20. Thus, I respectfully request that the Court grant this motion for a final thirty day (30) extension of time to file the AOB by April 5, 2024, or whatever time the Court deems reasonable.
.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of March, 2024 at Los Angeles, California.

_____
FRANK A. WEISER

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 11 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NICHOLAS PHIPPS WHITE, a California Resident,

      Plaintiff - Appellant,

 v.

ANYWHERE REAL ESTATE INC., parent company of West Coast Escrow Company a domestic corporation, et al.;

      Defendants - Appellees.

No. 23-4378

D.C. No. 2:22-cv-04557-GW-SK
Central District of California, Los Angeles

ORDER

Appellant's motion (Docket Entry No. 13) for an extension of time to file the opening brief is granted.

The opening brief is due April 5, 2024. The answering brief is due May 6, 2024. The optional reply brief is due within 21 days after service of the answering brief.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT