UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS PHIPPS WHITE, a California Resident,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>ANYWHERE REAL ESTATE INC., parent company of West Coast Escrow Company a domestic corporation, et al.;<br><br>      Defendants - Appellees. | No. 23-4378<br><br>D.C. No. 2:22-cv-04557-GW-SK<br>Central District of California, Los Angeles<br><br>ORDER |

Appellant's motion to reinstate this appeal (Docket Entry No. 16) is granted.

The order of dismissal for failure to prosecute (Docket Entry No. 15) is vacated and the appeal is reinstated.

The Clerk will file the opening brief submitted at Docket Entry No. 21.

The answering briefs are now due July 15, 2024. The optional reply brief is due within 21 days after service of the last-served answering brief.

                         FOR THE COURT:

                         MOLLY C. DWYER
                         CLERK OF COURT